IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIN CARR                                                                                               PLAINTIFF

v.                                          No. 4:12CV00633 JLH

ANDREW BUNTEN; and THE
LEARNING CENTER OF LITTLE ROCK, INC.                                 DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 12th day of March, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE